In the Matter of 111-35 75TH AVE. OWNERS CORP., Respondent,
v SARAH HENDRIX, Appellant, et al., Respondents.

Submitted August 1, 2016; decided October 25, 2016

Motion for reargument of motion for leave to appeal denied [*see* 27 NY3d 1053 (2016)].